AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number:  8:05-CR-422-T-27EAJ |
| MOISES GUEL, JR. | USM Number:  39930-018 |
| | __Mary Mills AFPD__ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__   admitted guilt to violation of charge number(s)___1 through 10___ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Felon in Possession of a Firearm | May 2, 2008 |
| 2 | New criminal conduct, Distribution of Cocaine | May 2, 2008 |
| 3 | Possession of a firearm, ammunition or a destructive device | May 2, 2008 |
| 4 | New criminal conduct, Driving While License Suspended | May 2, 2008 |
| 5 | Association with a person, Andrian Torres, convicted of a felony | May 2, 2008 |
| 6 | Acting as a confidential informant without the permission of the Court | June 6, 2008 |
| 7 | Failure to submit written monthly reports | May 5, 2008 |
| 8 | Positive urinalysis for cocaine | May 15, 2008 |
| 9 | Failure to submit to urinalysis | June 4, 2008 |
| 10 | Failure to submit to urinalysis | June 6, 2008 |

   The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence:  August 25, 2008

__JAMES D. WHITTEMORE__
UNITED STATES DISTRICT JUDGE

DATE: August __26th__, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: MOISES GUEL, JR.
CASE NUMBER: 8:05-CR-422-T-27EAJ

Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **EIGHTEEN (18) MONTHS.**

__X__   The Court makes the following recommendations to the Bureau of Prisons:

1.)   Participation in the Residential 500 Hour Drug Abuse Treatment Program, if eligible.

__X__   The defendant is remanded to the custody of the United States Marshal.

____   The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.   p.m.   on _____.

  ____ as notified by the United States Marshal.

____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL